LDA

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

CA 07 032ML

- - - - - - - - - - - - - - - - -*

| | | |
|---|---|---|
| In re: Thomas G. Degnan<br>Debtor | : | BK No. 98-12011<br>Chapter 13 |
| | : | |
| Nancy Walker<br>Plaintiff | : | A.P. 03-1072 |
| v.<br>Thomas Degnan<br>St. Anne's Credit Union of Fall River MA<br>Defendants | | |

- - - - - - - - - - - - - - - - -*

**TO: CLERK, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

Transmitted herewith is:

_XX_ Appeal Coversheet

_XX_ The Notice of Appeal and Appellant's Election Form

_XX_ Copy of Bankruptcy Court Order and Judgment dated 1/12/2007

_XX_ Certified Copy of docket.

_____ Other_______________________________________________

Pursuant to Fed. R. Bankr. P. 8006, the Appellant's Designation of Record and Statement of Issues on Appeal is due on 2/2/2007. The Appellee's Designation of Record and Statement of Issues on Appeal is due 10 days thereafter. See Fed. R. Bankr. P. 8006. Pursuant to Fed. R. Bankr. P. 8007, if a transcript is ordered by either party, the reporter has 30 days to complete the request unless a further extension is requested.

When the record is complete, it will be forwarded to the District Court.

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: 1/23/2007

By: Carolyn A. Sweeney
Deputy Clerk