CA 07 032

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

**APPEAL COVER SHEET**

1. BK. # 98-12011 Thomas G. Degnan Adverdary Proceeding 03-1072 Nancy Walker v. Thomas Degnan and St.Anne's Credit Union of Fall River MA [CA]

2. Title of Bankruptcy Case Thomas G. Degnan (Bankruptcy) Nancy Walker v. Thomas Degnan & St. Anne's Credit Union (Adversary Proceeding

3. Appellant: Nancy Walker

   Name & Address of Counsel for Appellant(s):

   Appeal was filed pro se. Previous counsel: Barry J.Kusinitz

   155 South Main St. Ste405

   Providence RI 02903

4. Appellee: Thomas Degnan, St.Anne's Credit Union

   Name & Address of Counsel for Appellee(s):

   (Degnan)Matthew J. McGowan, Slater McGowan Sylvia & Leonard

   321 South Main Street Providence RI 02903

5. Additional Counsel: (St. Anne's) Colleen Brady, Thomas T. Brady Inc.

   167 Main Road

   Tiverton RI 02878

   Office of the U. S. Trustee, 10 Dorrance Street,

   Providence, RI 02903 (401) 528-5551

6. Related Case(s) on Appeal: Yes_____ No X

7. Special Comments: