***UNITED STATES BANKRUPTCY COURT***
***FOR THE DISTRICT OF RHODE ISLAND***
***380 Westminster Street, 6th Floor***
***Providence, RI 02903***
***www.rib.uscourts.gov***
***(401)626-3100***

---

In Re: **Thomas G. Degnan**
**Sakonnet Auctioneers and Appraisers**

Debtor(s)

BK No. **1:98-bk-12011**

Chapter **13**

AP No. **1:03-ap-01072**

Judge: **Arthur N. Votolato**

**Nancy Walker** et al
Plaintiff(s)

v.

**Thomas Degnan** et al
Defendant(s)

---

***JUDGMENT ORDER***

Pursuant to the order entered this date, judgment is hereby entered regarding;

**(re: [99] Denying a Complaint/Alternate Relief granted. See order for details)**

Judgment #: 1:03–ap–01072 – 100 – 99

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: **1/12/07**
Document Number: **100 - 99**

By: **cs**
Deputy Clerk

judgmentap.jsp Form 406