FILED JAN 22 '07 13:13 USBCRI

CA 07 032

R.I. Bankr. Form S
See R.I. LBR 8001-1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re:

Thomas Degnan
Debtor(s)

Nancy Walker
Plaintiffs

BK No. 98-12011
Chapter 13

AP-03-1072

## APPELLANT ELECTION FORM

Appeal of Order or Judgment of U.S. Bankruptcy Court, District of Rhode Island dated 1-22 07, Doc. No. ________.

| APPELLANT(S) | APPELLEE(S) |
|---|---|
| Nancy Walker | Thomas Degnan |
| Attorney<br>(Firm Name, Address, and Telephone No.) | Attorney (If known)<br>Mathew McGowan |

[ ] I ELECT TO HAVE THIS APPEAL HEARD BY THE BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT

[✓] I ELECT TO OPT OUT OF THE BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT AND REQUEST THAT THIS APPEAL BE HEARD BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

By: [signature]
Signature of Attorney (or Appellant, if pro se)

Dated: 1-22-07

NANCY WALKER