**APPEAL, TerminateDeadline, GenerateFollowupDdls**

# United States Bankruptcy Court
# District of Rhode Island (Providence)
# Adversary Proceeding #: 1:03-ap-01072

*Assigned to:* Judge Arthur N. Votolato
*Related BK Case:* 98-12011
*Related BK Title:* Thomas G. Degnan
*Related BK Chapter:* 13
*Demand:*
*Nature[s] of Suit:* 434 Injunctive Relief

*Date Filed:* 11/17/03

Deputy Clerk

**Plaintiff**

-----------------------

**Nancy Walker**

represented by **Barry J. Kusinitz**
155 South Main Street Suite 405
Providence, RI 02903
(401) 831-4200
*LEAD ATTORNEY*

V.

**Defendant**

-----------------------

**Thomas Degnan**

represented by **Matthew J. McGowan**
Salter McGowan Sylvia & Leonard
321 South Main Street
Providence, RI 02903
(401) 274-0300
Fax : (401) 453-0073
Email: mmcgowan@smsllaw.com

**St. Anne's Credit Union of Fall River, Mass**

represented by **Colleen Brady**
Thomas T. Brady Inc.
167 Main Road
Tiverton, RI 02878
(401) 624-6616
*LEAD ATTORNEY*

**Counter-Claimant**

-----------------------

**Thomas Degnan**

represented by **Matthew J. McGowan**
(See above for address)
*LEAD ATTORNEY*

V.

**Counter-Defendant**

**Nancy Walker** represented by **Barry J. Kusinitz**
(See above for address)

| Filing Date | # | Docket Text |
|---|---|---|
| 11/17/2003 | 1 | 434 (Injunctive Relief): Complaint by Nancy Walker against Thomas Degnan, St. Anne's Credit Union of Fall River, Mass. Fee Amount $150.00. Answer Due by:12/17/2003. (Moone, Patrice) . (Entered: 11/17/2003) |
| 11/17/2003 | 2 | Summons Issued on Thomas Degnan , St. Anne's Credit Union of Fall River, Mass Summon Issued (Moone, Patrice) (Entered: 11/17/2003) |
| 11/17/2003 | 3 | Receipt Number 57964, Fee Amount $150.00 (related document(s)1 Complaint filed by Plaintiff Nancy Walker. (Moone, Patrice) (Entered: 11/17/2003) |
| 11/17/2003 | 4 | Notice of Lis Pendens Filed by Barry J. Kusinitz on behalf of Nancy Walker (related document(s)1 Complaint filed by Plaintiff Nancy Walker). (DAgostino, Holly) (Entered: 11/18/2003) |
| 11/26/2003 | 5 | Summons Service Executed on St. Anne's Credit Union of Fall River, Mass. and Defendant's Attorney, James Briden on 11/25/2003. Advised Plaintiff's attorney by telephone call to serve Defendant at his current address and file certificate of service indicating that Defendant has been served. Deadline for certificate of service set for 12/5/2003. (Barbieri, Deborah) (Entered: 11/26/2003) |
| 11/28/2003 | 6 | Certificate of Service (related document(s) 5 Summons Service Executed on 1 Complaint filed by Plaintiff Nancy Walker). Filed by Plaintiff Nancy Walker. Debtor served at his mailing addresses. (Barbieri, Deborah) (Entered: 11/28/2003) |
| 12/17/2003 | 7 | Answer to Complaint Filed by St. Anne's Credit Union of Fall River, Mass (related document(s)1 Complaint filed by Plaintiff Nancy Walker). Discovery Plan Due by:1/26/2004. Issue Scheduling Order on: 2/2/2004. (DAgostino, Holly) (Entered: 12/17/2003) |
| 12/18/2003 | 8 | Answer to Complaint , Counterclaim by Thomas Degnan against Nancy Walker Filed by Thomas Degnan (related document(s)1 Complaint filed by Plaintiff Nancy Walker). (DAgostino, Holly) (Entered: 12/22/2003) |
| 12/18/2003 | | Updated Answer Deadline. Answer Due from Nancy Walker (related document(s)8 Answer to Complaint, Counterclaim filed by Counter-Claimant Thomas Degnan, Defendant Thomas Degnan). Counterclaim Answer Due by:1/7/2004. (DAgostino, Holly) (Entered: 12/22/2003) |
| 12/23/2003 | 9 | Notice to Take Deposition and Request of Production of Documents of Defendant Thomas Degnan on 1/28/2004 at 3:00 p.m. Filed by Barry J. Kusinitz. (Sweeney, Carolyn) (Entered: 12/30/2003) |

| | | |
|---|---|---|
| 12/23/2003 | 10 | Answer to Counterclaim Filed by Nancy Walker (related document(s)8 Answer to Complaint, Counterclaim filed by Counter-Claimant Thomas Degnan, Defendant Thomas Degnan). (DAgostino, Holly) (Entered: 12/31/2003) |
| 01/23/2004 | 11 | Motion to Extend Time until 2/27/04 to File Discovery Plan Filed by Plaintiff Nancy Walker . Objections to Motion Due: 2/5/2004. (DAgostino, Holly) (Entered: 01/26/2004) |
| 01/28/2004 | 12 | Order Granting Motion to Extend Time to File Discovery Plan. Updated Deadline re Discovery Plan: Due By:2/13/2004. (Barbieri, Deborah) (Entered: 01/28/2004) |
| 01/28/2004 | | Other Deadlines Updated (related document(s)12 Order on Motion to Extend Time). Discovery Plan Due by:2/13/2004. Issue Scheduling Order on: 2/20/2004. (Barbieri, Deborah) (Entered: 01/28/2004) |
| 01/30/2004 | 13 | BNC Certificate of Mailing - PDF Document. Service Date 01/30/2004. (Related Doc # 12) (Admin.) (Entered: 01/31/2004) |
| 02/17/2004 | 14 | Order to Show Cause in Writing Why Case Should Not Be Dismissed for Failure to File Discovery Plan against Defendants Thomas Degnan , St. Anne's Credit Union of Fall River, Mass , Plaintiff Nancy Walker and Attorney Colleen Brady , Barry J. Kusinitz , Matthew J. McGowan (related document(s)12 Order on Motion to Extend Time). Responses due by 3/3/2004. (DAgostino, Holly) (Entered: 02/17/2004) |
| 02/19/2004 | 15 | BNC Certificate of Mailing - PDF Document. Service Date 02/19/2004. (Related Doc # 14) (Admin.) (Entered: 02/20/2004) |
| 02/25/2004 | | Other Deadlines Updated (related document(s)1 Complaint filed by Counter-Defendant Nancy Walker, Plaintiff Nancy Walker). . Discovery Plan Due by:2/27/2004. Issue Scheduling Order on: 3/5/2004. (Barbieri, Deborah) (Entered: 02/25/2004) |
| 02/26/2004 | 16 | Discovery Plan Filed by Defendants Thomas Degnan, St. Anne's Credit Union of Fall River, Mass, Plaintiff Nancy Walker. (DAgostino, Holly) (Entered: 02/26/2004) |
| 03/02/2004 | 17 | Scheduling Order: Initial Disclosures under Rule 7026(a) will be made on or before 3/16/04; Motions to Join Parties or Amend Pleadings due on 4/30/04; Discovery due by 6/30/2004; Dispositive Motions due by 7/23/04; Pre-Trial Order due by 7/23/2004. If parties file dispositive motions in lieu of a Joint Pre-Trial Order, a new Joint Pre-Trial Order will be set (if necessary) in any order dealing with the dispositive motion. (DAgostino, Holly) (Entered: 03/02/2004) |
| 03/04/2004 | 18 | BNC Certificate of Mailing - PDF Document. Service Date 03/04/2004. (Related Doc # 17) (Admin.) (Entered: 03/05/2004) |
| 06/23/2004 | 19 | Amended Notice to Take Deposition of person or persons selected by St. Anne's Credit Union of Fall River, MA with knowledge concerning the payments and credits to account standing in the name of defendant Thomas Degnan, on 6/29/2004 |

| | | |
|---|---|---|
| | | at 4:00 p.m. Filed by Nancy Walker . (Barbieri, Deborah) (Entered: 06/23/2004) |
| 07/15/2004 | 20 | Motion to Extend Time until August 10, 2004 to Extend Discovery and Deadlines Filed by Matthew J. McGowan on behalf of Thomas Degnan. Certificate of Service Due by:7/19/2004. (McGowan, Matthew) (Entered: 07/15/2004) |
| 07/15/2004 | 21 | Certificate of Service Filed by Defendant Thomas Degnan (related document(s)20 Motion to Extend Time filed by Counter-Claimant Thomas Degnan, Defendant Thomas Degnan). (McGowan, Matthew) (Entered: 07/15/2004) |
| 07/21/2004 | | Objection/Response Deadline Updated (related document(s)20 Motion to Extend Time filed by Counter-Claimant Thomas Degnan, Defendant Thomas Degnan. Objections to Motion Due: 7/28/2004. (DAgostino, Holly) (Entered: 07/21/2004) |
| 08/02/2004 | 22 | Order Granting Motion to Extend Time to: 8/10/2004 to file discovery. If Dispositive Motions are filed in lieu of a Joint Pretrial Order, a new Joint Pretrial Order date will be set (if necessary) in any order dealing with the dispositive motions. Updated Deadline for discovery; Due By:8/10/2004. (Barbieri, Deborah) Additional attachment(s) added on 8/2/2004 (Venuti, Jody). (Entered: 08/02/2004) |
| 08/02/2004 | 23 | BNC Service of Document (related document(s)22 Order on Motion to Extend Time. (Barbieri, Deborah) (Entered: 08/02/2004) |
| 08/02/2004 | | Other Deadlines Updated (related document(s)22 Order on Motion to Extend Time. Pre-Trial Order due by 9/13/2004. Dispositive Motions Status Check Due: 9/13/2004. (Barbieri, Deborah) (Entered: 08/02/2004) |
| 08/04/2004 | 24 | BNC Certificate of Mailing - PDF Document. Service Date 08/04/2004. (Related Doc # 23) (Admin.) (Entered: 08/05/2004) |
| 09/09/2004 | 25 | Motion to Extend Time until 10/8/04 to File Joint Pretrial Order Filed by Plaintiff Nancy Walker. (DAgostino, Holly) (Entered: 09/09/2004) |
| 09/24/2004 | 26 | Order Granting Motion to Extend Time to file Joint Pretrial Order. Updated Deadline for Joint Pretrial Order Due By:10/8/2004. (Barbieri, Deborah) (Entered: 09/24/2004) |
| 09/26/2004 | 27 | BNC Certificate of Mailing - PDF Document. Service Date 09/26/2004. (Related Doc # 26) (Admin.) (Entered: 09/27/2004) |
| 10/08/2004 | 28 | Motion to Extend Time until 10/29/2004 to file a joint pre-trial order Filed by Plaintiff Nancy Walker (related document(s)1 Complaint filed by Plaintiff Nancy Walker). (Sweeney, Carolyn) (Entered: 10/08/2004) |
| 10/13/2004 | 29 | Order Granting Motion to Extend Time Until 10/29/2004 (doc 28) to file a joint pre-trial order. Updated Deadline Due By:10/29/2004. (Sweeney, Carolyn) (Entered: 10/13/2004) |

| | | |
|---|---|---|
| 10/15/2004 | 30 | BNC Certificate of Mailing - PDF Document. Service Date 10/15/2004. (Admin.) (Entered: 10/16/2004) |
| 10/29/2004 | 31 | Motion to Extend Time until November 16, 2004 to File Joint Pre-Trial Order Filed by Defendant Thomas Degnan (related document(s)29 Order on Motion to Extend Time). (McGowan, Matthew) (Entered: 10/29/2004) |
| 11/01/2004 | 32 | Order Granting Motion to Extend Time to: 11/16/2004 to file Joint Pre-Trial Order. Updated Deadline Due By:11/16/2004. (Sweeney, Carolyn) (Entered: 11/01/2004) |
| 11/03/2004 | 33 | BNC Certificate of Mailing - PDF Document. Service Date 11/03/2004. (Admin.) (Entered: 11/04/2004) |
| 11/16/2004 | 34 | Agreed Motion to Extend Time until 12/3/2004 to To File Joint Pre-Trial Order Filed by Defendant Thomas Degnan. (McGowan, Matthew) (Entered: 11/16/2004) |
| 11/17/2004 | 35 | Order Granting Motion to Extend Time until 12/3/2004 to file Joint Pre-Trial Order. Updated Deadline Due By:12/3/2004. (Sweeney, Carolyn) (Entered: 11/17/2004) |
| 11/19/2004 | 36 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 35 Order on Motion to Extend Time) Service Date 11/19/2004. (Admin.) (Entered: 11/20/2004) |
| 12/07/2004 | 37 | Joint Pre-Trial Order (related document(s)1 Complaint of Nancy Walker vs Thomas Degnan). Filed by Defendant Thomas Degnan and Plaintiff Nancy Walker. (McGowan, Matthew) Modified linkage and party filers on 12/8/2004 (McCurdy, Michelle). (Entered: 12/07/2004) |
| 12/08/2004 | | Corrective Entry ** Plaintiff should have been chosen as a filer of this document also. (related document(s)37 Joint Pre-Trial Order filed by Counter-Claimant Thomas Degnan, Defendant Thomas Degnan). . (Sweeney, Carolyn) (Entered: 12/08/2004) |
| 12/13/2004 | 38 | Hearing Set(related document(s)1 Complaint filed by Counter-Defendant Nancy Walker, Plaintiff Nancy Walker). Trial date set for 1/13/2005 at 09:30 AM at 6th Floor Courtroom. (Sweeney, Carolyn) (Entered: 12/13/2004) |
| 12/15/2004 | 39 | Court Notice To Magistrate Judge Jacob Hagopian's Office requesting mediation (related document(s)1 Complaint filed by C Plaintiff Nancy Walker). (DAgostino, Holly) (Entered: 12/15/2004) |
| 12/15/2004 | | Trial Not Held (re: 1 Complaint filed by Counter-Defendant Nancy Walker, Plaintiff Nancy Walker). Matter referred to Magistrate Judge Hagopian for mediation. (DAgostino, Holly) (Entered: 12/15/2004) |
| 12/15/2004 | 40 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 38 Hearing) Service Date 12/15/2004. (Admin.) (Entered: 12/16/2004) |

| | | |
|---|---|---|
| 01/04/2005 | 41 | Per Document from U.S. Magistrate Judge Jacob Hagopian re: 1 Complaint filed by Plaintiff Nancy Walker). Settlement conference held. Parties could not agree to settlement. Case must pass to trial. (Sweeney, Carolyn) (Entered: 01/04/2005) |
| 01/07/2005 | 42 | Hearing Set (related document(s)1 Complaint filed by Plaintiff Nancy Walker). Trial date set for 2/9/2005 at 09:30 AM at 6th Floor Courtroom. (Sweeney, Carolyn) (Entered: 01/07/2005) |
| 01/09/2005 | 43 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 42 Hearing) Service Date 01/09/2005. (Admin.) (Entered: 01/10/2005) |
| 01/28/2005 | 44 | Motion to Present Expert Testimony Filed by Defendant Thomas Degnan. Certificate of Service Due by:1/31/2005. (Attachments: # 1 Certificate of Service) (McGowan, Matthew) (Entered: 01/28/2005) |
| 01/28/2005 | 45 | Motion to Shorten Time to 5 Days to Shorten Response Period Filed by Defendant Thomas Degnan (related document(s)44 Generic Motion filed by Counter-Claimant Thomas Degnan, Defendant Thomas Degnan). Certificate of Service Due by:1/31/2005. (Attachments: # 1 Certificate of Service) (McGowan, Matthew) (Entered: 01/28/2005) |
| 01/28/2005 | 46 | Notice to the Court Filed by Matthew J. McGowan on behalf of Thomas Degnan (related document(s)45 Motion to Shorten Time, filed by Counter-Claimant Thomas Degnan, Defendant Thomas Degnan). (Attachments: # 1 Certificate of Service) (McGowan, Matthew) (Entered: 01/28/2005) |
| 01/31/2005 | 47 | Order Granting Motion to Shorten Time (related document(s)44 Generic Motion). Updated Deadline for Objections/Responses re: 44 Motion to Present Expert Testimony due by 4:30 p.m. on 2/4/2005.. Attorney Matthew McGowan to notice all parties with the objection deadline. (Sweeney, Carolyn) Modified text on 1/31/2005 (Venuti, Jody). (Entered: 01/31/2005) |
| 01/31/2005 | 48 | Notice to the Court *regarding Motion For Shortened Time* Filed by Matthew J. McGowan on behalf of Thomas Degnan (related document(s)47 Order on Motion to Shorten Time, ). (McGowan, Matthew) (Entered: 01/31/2005) |
| 02/02/2005 | 49 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 47 Order on Motion to Shorten Time, ) Service Date 02/02/2005. (Admin.) (Entered: 02/03/2005) |
| 02/04/2005 | 50 | Motion to Continue Trial Date Filed by Defendant Thomas Degnan. Objections to Motion Due: 2/17/2005. (McGowan, Matthew) (Entered: 02/04/2005) |
| 02/04/2005 | 51 | Motion to Expedite Hearing Filed by Defendant Thomas Degnan (related document(s)50 Generic Motion filed by Counter-Claimant Thomas Degnan, Defendant Thomas Degnan). Objections to Motion Due: 2/17/2005. (McGowan, Matthew) (Entered: 02/04/2005) |
| 02/07/2005 | 52 | Order Granting Motion (related document(s)50 Motion to Continue Trial). |

| | | |
|---|---|---|
| | | (Sweeney, Carolyn) (Entered: 02/07/2005) |
| 02/07/2005 | 53 | Trial Continued (related document(s)1 Complaint filed by Plaintiff Nancy Walker). Trial date set for 3/16/2005 at 09:30 AM at 6th Floor Courtroom. (See order granting motion to continue trial - doc 52.) (Sweeney, Carolyn) (Entered: 02/07/2005) |
| 02/07/2005 | 54 | Order Mooting (#51 Motion to Expedite Hearing) (Sweeney, Carolyn) Additional attachment(s) added on 2/7/2005 (Venuti, Jody). (Entered: 02/07/2005) |
| 02/09/2005 | 55 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 52 Generic Order) Service Date 02/09/2005. (Admin.) (Entered: 02/10/2005) |
| 02/09/2005 | 56 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 53 Hearing (Adv) Cont) Service Date 02/09/2005. (Admin.) (Entered: 02/10/2005) |
| 02/09/2005 | 57 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 54 Order) Service Date 02/09/2005. (Admin.) (Entered: 02/10/2005) |
| 02/14/2005 | 58 | Order Granting Motion to Present Expert Testimony (related document(s)44 Generic Motion). (Sweeney, Carolyn) (Entered: 02/14/2005) |
| 02/16/2005 | 60 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 58 Generic Order) Service Date 02/16/2005. (Admin.) (Entered: 02/17/2005) |
| 02/23/2005 | 61 | Addendum *Amendment to Joint PreTrial Order* (related document(s)37 Joint Pre-Trial Order). Filed by Defendant Thomas Degnan. (McGowan, Matthew) Modified text on 2/24/2005 (McCurdy, Michelle). (Entered: 02/23/2005) |
| 03/15/2005 | | Hearing Not Held (re: 1 Complaint filed by Counter-Defendant Nancy Walker, Plaintiff Nancy Walker). (related document(s)1 Complaint filed by Counter-Defendant Nancy Walker, Plaintiff Nancy Walker). Matter to be rescheduled by court. (DAgostino, Holly) (Entered: 03/15/2005) |
| 03/17/2005 | 62 | Hearing Set (related document(s)1 Complaint filed by Plaintiff Nancy Walker). Trial date set for 5/11/2005 at 09:30 AM at 6th Floor Courtroom. (Cory, Lucinda) (Entered: 03/17/2005) |
| 03/19/2005 | 63 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 62 Hearing) Service Date 03/19/2005. (Admin.) (Entered: 03/20/2005) |
| 03/30/2005 | 64 | Motion to Amend *Counterclaim* Filed by Defendant Thomas Degnan (related document(s)8 Answer to Complaint, Counterclaim filed by Counter-Claimant Thomas Degnan, Defendant Thomas Degnan). Objections to Motion Due: 4/12/2005. (Attachments: # 1 Amended Answer and Counterclaim) (McGowan, Matthew) (Entered: 03/30/2005) |
| 04/04/2005 | 65 | Motion to Withdraw as Attorney for Plaintiff Filed by Barry J. Kusinitz. Objections to Motion Due: 4/18/2005. (Sweeney, Carolyn) (Entered: 04/04/2005) |

| | | |
|---|---|---|
| 04/04/2005 | 66 | Motion to Continue Trial On 1 Complaint filed by Plaintiff Nancy Walker). Filed by Attorney Barry J. Kusinitz. (Sweeney, Carolyn) (Entered: 04/04/2005) |
| 04/04/2005 | | Objection/Response Deadline Updated (related document(s)66 Motion to Continue Trial). Objections to Motion Due: 4/18/2005. (Sweeney, Carolyn) (Entered: 04/04/2005) |
| 04/18/2005 | 67 | Response to 69 *Nancy Walker Objection To Motion To Withdraw and Her Affidavit* Filed by Defendant Thomas Degnan re 65 Motion to Withdraw as Attorney). (McGowan, Matthew) Modified on 4/20/2005 (Venuti, Jody). (Entered: 04/18/2005) |
| 04/19/2005 | 68 | Addendum *Copy of Plaintiff's Objection to Motion to Withdraw* Filed by Defendant Thomas Degnan (related document(s)67 Response filed by Counter-Claimant Thomas Degnan, Defendant Thomas Degnan). Certificate of Service Due by:4/21/2005. (Attachments: # 1 Certificate of Service) (McGowan, Matthew) (Entered: 04/19/2005) |
| 04/19/2005 | 69 | Objection Filed by Plaintiff Nancy Walker re 65 Motion to Withdraw as Attorney). (Attachments: # 1 Affidavit # 2 certificate of service) (Lanni, Christine) (Entered: 04/19/2005) |
| 04/21/2005 | 70 | Order Granting 64 Motion To Amend (related document(s)8 Answer to Complaint and Counterclaim). (DAgostino, Holly) Additional attachment(s) added on 4/21/2005 (Venuti, Jody). (Entered: 04/21/2005) |
| 04/21/2005 | 71 | BNC Service of Document (related document(s)70 Order on Motion to Amend). . (DAgostino, Holly) (Entered: 04/21/2005) |
| 04/23/2005 | 72 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 71 BNC Service of Document) Service Date 04/23/2005. (Admin.) (Entered: 04/24/2005) |
| 04/25/2005 | 73 | Amended Answer **and Counterclaim filed by Defendant and Counter-Claimant Thomas Degnan (related document(s)1 Complaint filed by Plaintiff Nancy Walker and 8 Answer to Complaint and Counterclaim by Thomas Degnan against Nancy Walker Filed by Thomas Degnan ). (McGowan, Matthew) Modified text and linkage on 4/27/2005 (McCurdy, Michelle). (Entered: 04/25/2005) |
| 04/26/2005 | | Updated Answer Deadline. Answer Due from Nancy Walker (related document(s)73 Amended Answer to Complaint and Counterclaim filed by Counter-Claimant Thomas Degnan, Defendant Thomas Degnan). Counterclaim Answer Due by: 5/16/2005. (Sweeney, Carolyn) (Entered: 04/26/2005) |
| 04/26/2005 | 74 | Hearing Set (related document(s)65 Motion to Withdraw as Attorney, 66 Motion to Continue/Reschedule Hearing). Hearing scheduled for 5/4/2005 at 09:30 AM at 6th Floor Courtroom. (Sweeney, Carolyn) (Entered: 04/26/2005) |
| 04/26/2005 | 75 | Answer to Counterclaim Filed by Counter-defendant Nancy Walker re: 73 Amended Answer and Counterclaim (Sweeney, Carolyn) Modified filed date on 4/27/2005 |

| | | |
|---|---|---|
| | | (McCurdy, Michelle). (Entered: 04/27/2005) |
| 04/28/2005 | 76 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 74 Hearing (AP)) Service Date 04/28/2005. (Admin.) (Entered: 04/29/2005) |
| 05/04/2005 | | Hearing Held APPEARANCES: Kusinitz, McGowan, Walker. (related document(s)65 Motion to Withdraw as Attorney, 66 Motion to Continue/Reschedule Hearing). Statements by Kusinitz supporting his motion to withdraw. Walker requests at least a month to find a new attorney. Court orders parties to return for 2nd call for chambers conference. In conference, the court denied the motion to withdraw without prejudice. Motion to continue is granted. Trial will be 5/16/05 and 5/17/05 at 9:30 a.m. (Sweeney, Carolyn) (Entered: 05/05/2005) |
| 05/05/2005 | 77 | Corrective Entry *Incorrect file date information. Filed date corrected.* (related document(s) Hearing Held (Adv). Hearing was held on 5/4/2005. (Sweeney, Carolyn) (Entered: 05/05/2005) |
| 05/05/2005 | 78 | Order Denying Without Prejudice Motion To Withdraw As Attorney for Plaintiff by Barry J. Kusinitz (Related Doc # 65). (Sweeney, Carolyn) (Entered: 05/05/2005) |
| 05/05/2005 | 79 | Order Granting Motion To Continue/Reschedule Trial (Related Doc # 66 re: 1 Complaint). Trial scheduled for 5/16/2005 and 5/17/2005 at 09:30 AM at 6th Floor Courtroom. (See hearing held on 5/4/2005) (Sweeney, Carolyn) (Entered: 05/05/2005) |
| 05/05/2005 | 80 | Trial Set (related document(s)1 Complaint filed by Plaintiff Nancy Walker). Trial date set for 5/16/2005 at 09:30 AM at 6th Floor Courtroom. (Sweeney, Carolyn) (Entered: 05/05/2005) |
| 05/07/2005 | 81 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 79 Order on Motion to Continue/Reschedule Hearing) Service Date 05/07/2005. (Admin.) (Entered: 05/08/2005) |
| 05/07/2005 | 82 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 80 Hearing) Service Date 05/07/2005. (Admin.) (Entered: 05/08/2005) |
| 05/07/2005 | 83 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 78 Order on Motion to Withdraw as Attorney) Service Date 05/07/2005. (Admin.) (Entered: 05/08/2005) |
| 05/09/2005 | 84 | Response Filed by Defendant St. Anne's Credit Union of Fall River, Mass to 73 Amended Answer to Complaint filed by Counter-Claimant Thomas Degnan). (Sweeney, Carolyn) (Entered: 05/11/2005) |
| 05/12/2005 | 85 | Trial Set (related document(s)1 Complaint filed by Plaintiff Nancy Walker). Trial date set for 5/17/2005 at 09:30 AM at 6th Floor Courtroom. **Trial rescheduled by Court. If needed, trial will continue until after the hearing calendar on Wednesday, 5/18/2005. (Sweeney, Carolyn) (Entered: 05/12/2005) |

| | | |
|---|---|---|
| 05/14/2005 | 86 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 85 Hearing, ) Service Date 05/14/2005. (Admin.) (Entered: 05/15/2005) |
| 05/17/2005 | 87 | Trial HELD AND CONTINUED: 1 Complaint filed by Plaintiff Nancy Walker). APPEARANCES: Kusinitz, McGowan. Parties agree all exhibits can be marked as full. Parties waive opening arguments. Kusinitz calls Thomas Degnan as an adverse witness. Cross by McGowan. Re-direct by Kusinitz. Kusinitz interrupts exam of Degnan to call James Howland out of order. Cross by McGowan. Re-direct by Kusinitz. Kusinitz calls Daniel Kelly out of order. Cross by McGowan, re-direct by Kusinitz. Kusinitz resumed redirect of Thomas Degnan. Matter continued to 5/18/2005 at 2:00 P.M. at 6th Floor Courtroom. (Sweeney, Carolyn) (Entered: 05/19/2005) |
| 05/18/2005 | 88 | Trial HELD AND CONTINUED: 1 Complaint filed by Plaintiff Nancy Walker). APPEARANCES: Kusinitz, McGowan. McGowan recross of Degnan. Kusinitz, redirect. Kusinitz calls Susan Walker. Cross by McGowan. Kusinitz calls Nancy Walker. Cross by McGowan. Exhibits marked: Exhibit 36 (St. Ann's Motion for Relief from Stay and order granting motion) and Exhibit 37 (Nancy Walker's motionn to re-impose the automatic stay and order). Court takes judicial notice of both exhibits. Matter continued to 5/26/2005 at 10:00 AM at 6th Floor Courtroom. (Sweeney, Carolyn) (Entered: 05/19/2005) |
| 05/21/2005 | 89 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 88 Hearing, , ) Service Date 05/21/2005. (Admin.) (Entered: 05/22/2005) |
| 05/26/2005 | | Trial Held (related document(s)1 Complaint filed by Plaintiff Nancy Walker). APPEARANCES: Kusinitz, McGowan. McGowan said the parties agree they do not need appraisal testimony. The agree to value of $540,000 as of March 8, 2005, which is stated in Exhibit 35. Parties moved Summary from St. Anne's Credit Union as full exhibit. Court marked as Exhibit 38 and accepted it as full. Kusinitz stated that this will supplement Exhibit 33. McGowan continued cross examination of Nancy Walker. Redirect by Kusinitz. Recross by McGowan. Redirect by Kusinitz. McGowan called Thomas Degnan. Cross by Kusinitz. Redirect by McGowan. McGowan called Ann Frank. Cross by Kusinitz. Both sides rest. Briefs no longer that 20 pages each are due by 6/20/2005. Reply brief no longer that 5 pages each due by 6/30/2005, then matter will be under advisement. Briefs due by: 6/20/2005; reply briefs due 6/30/2005. (Sweeney, Carolyn) (Entered: 05/31/2005) |
| 06/17/2005 | 90 | Agreed Motion to Extend Time until June 24, 2005 to Extend Deadlines for Filing Post-Trial Memoranda Filed by Defendant Thomas Degnan (related document(s)1 Complaint by Nancy Walker against Thomas Degnan, St. Anne's Credit Union of Fall River, Mass.). (McGowan, Matthew) Modified party filers on 6/20/2005 (Sweeney, Carolyn). Modified linkage on 6/22/2005 (McCurdy, Michelle). (Entered: 06/17/2005) |
| 06/20/2005 | | ECF Corrective Entry- Incorrect party filer selected. Plaintiff should not have been chosen as a filer of this motion as plaintiff's attorney did not sign the motion. The entry has been corrected (related document(s) 90] Motion to Extend Time filed by Defendant Thomas Degnan). (Sweeney, Carolyn) (Entered: 06/20/2005) |

| | | |
|---|---|---|
| 06/20/2005 | | ECF Corrective Entry- Document is linked incorrectly. Linkage created to correct relationship. Motion should be linked to the complaint (related document(s)90 Motion to Extend Time filed by Defendant Thomas Degnan). (Sweeney, Carolyn) (Entered: 06/20/2005) |
| 06/21/2005 | 91 | Order Granting Motion to Extend Time until 6/24/2005 to file Post Trial Memoranda. Updated Deadline Due By:6/24/2005. (Sweeney, Carolyn) (Entered: 06/21/2005) |
| 06/23/2005 | 92 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 91 Order on Motion to Extend Time) Service Date 06/23/2005. (Admin.) (Entered: 06/24/2005) |
| 06/24/2005 | 93 | Memorandum of Law (related document(s)1434 (Injunctive Relief): Complaint by Nancy Walker against Thomas Degnan, St. Anne's Credit Union of Fall River, Mass). Filed by Defendant Thomas Degnan. (McGowan, Matthew) Modified linkage on 6/27/2005 (McCurdy, Michelle). (Entered: 06/24/2005) |
| 06/24/2005 | 94 | Memorandum of Law (related document(s)1 Complaint filed by Counter-Defendant Nancy Walker, Plaintiff Nancy Walker). Filed by Plaintiff Nancy Walker . (DAgostino, Holly) (Entered: 06/27/2005) |
| 07/01/2005 | 95 | Memorandum of Law (related document(s)1 434 (Injunctive Relief): Complaint by Nancy Walker against Thomas Degnan, St. Anne's Credit Union of Fall River, Mass.) Filed by Defendant Thomas Degnan. (McGowan, Matthew) Modified linkage on 7/5/2005 (McCurdy, Michelle). (Entered: 07/01/2005) |
| 07/01/2005 | 96 | Reply/Memorandum of Law (related document(s)1 Complaint filed by Plaintiff Nancy Walker). Filed by Plaintiff Nancy Walker. (DAgostino, Holly) (Entered: 07/05/2005) |
| 07/13/2005 | | Matter Under Advisement Re:(related document: 1 Complaint filed by Plaintiff Nancy Walker). Status Check re Matter Under Advisement on 9/12/2005. (Sweeney, Carolyn) (Entered: 07/13/2005) |
| 09/15/2005 | | Matter Under Advisement Re: Complaint filed by Plaintiff Nancy Walker. Status Check re Matter Under Advisement on 11/17/2005. (Sweeney, Carolyn) (Entered: 09/15/2005) |
| 11/21/2005 | | Matter Under Advisement Re: 1 Complaint filed by Plaintiff Nancy Walker). Status Check re: Matter Under Advisement on 1/20/2006. (Sweeney, Carolyn) (Entered: 11/21/2005) |
| 01/04/2006 | 97 | Notice to the Court *of Post-Trial Payments* Filed by Matthew J. McGowan on behalf of Thomas Degnan (related document(s)88 Hearing,, ). (McGowan, Matthew) (Entered: 01/04/2006) |
| 01/04/2006 | | Updated Matter Under Advisement Re: 1 Complaint filed by Plaintiff Nancy Walker. Status Check re Matter Under Advisement on 3/6/2006. (Sweeney, |

| | | |
|---|---|---|
| | | Carolyn) (Entered: 01/09/2006) |
| 01/24/2006 | 98 | Notice to the Court *of Post-Trial Payment* Filed by Matthew J. McGowan on behalf of Thomas Degnan (related document(s)88 Hearing,,, Hearing Held,,, ). (McGowan, Matthew) (Entered: 01/24/2006) |
| 01/25/2006 | | Updated Matter Under Advisement Re:(related document:1 Complaint filed by Plaintiff Nancy Walker) Status Check re Matter Under Advisement on 3/27/2006. (DAgostino, Holly) (Entered: 01/30/2006) |
| 04/11/2006 | | Updated Matter Under Advisement Re: 1 Complaint filed by Plaintiff Nancy Walker). Status Check re Matter Under Advisement on 6/12/2006. (Sweeney, Carolyn) (Entered: 04/11/2006) |
| 06/14/2006 | | Updated Matter Under Advisement Re: 1 Complaint filed by Plaintiff Nancy Walker. Status Check re Matter Under Advisement on 8/14/2006. (Sweeney, Carolyn) (Entered: 06/14/2006) |
| 08/17/2006 | | Updated Matter Under Advisement Re: 1 Complaint filed by Plaintiff Nancy Walker) Status Check re Matter Under Advisement on 10/16/2006. (Sweeney, Carolyn) (Entered: 08/17/2006) |
| 10/19/2006 | | Updated Matter Under Advisement Re: 1 Complaint filed by Plaintiff Nancy Walker). Status Check re Matter Under Advisement on 11/20/2006. (Sweeney, Carolyn) (Entered: 10/19/2006) |
| 11/24/2006 | | Updated Matter Under Advisement Re:(related document:1 Complaint filed by Counter-Defendant Nancy Walker, Plaintiff Nancy Walker. Status Check re Matter Under Advisement on 12/26/2006. (Geraghty, Amy) (Entered: 11/24/2006) |
| 01/12/2007 | 99 | Order Denying 1 Complaint filed by Plaintiff Nancy Walker. Complaint denied - alternate relief granted. SEE ORDER FOR DETAILS. (Sweeney, Carolyn) (Entered: 01/12/2007) |
| 01/12/2007 | 100 | Judgment Order (re: 99 Denying a Complaint/Alternate Relief granted. See order for details) (Sweeney, Carolyn) (Entered: 01/12/2007) |
| 01/14/2007 | 101 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 100 Judgment Order (ap/bk)) Service Date 01/14/2007. (Admin.) (Entered: 01/15/2007) |
| 01/14/2007 | 102 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 99 Granting/Denying a Complaint) Service Date 01/14/2007. (Admin.) (Entered: 01/15/2007) |
| 01/22/2007 | 103 | Notice of Appeal. Receipt Number 64726, Fee Amount $;255 Filed by Nancy Walker (related document(s)99 Granting/Denying a Complaint). Appellant Designation due by: 2/2/2007. (Attachments: # 1 Receipt)(Sweeney, Carolyn) Modified file date on 1/23/2007 (Sweeney, Carolyn). (Entered: 01/23/2007) |

| | | |
|---|---|---|
| 01/22/2007 | 104 | Appellant District Court Election Filed by Nancy Walker (related document(s) 103 Notice of Appeal filed by Plaintiff Nancy Walker). (Sweeney, Carolyn) (Entered: 01/23/2007) |