Form B

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

**APPEAL COVER SHEET**

1. BK. # 03-1072 (Bk 98-12011) [CA] [BAP] # 07-0032

2. Title of Bankruptcy Case Nancy Walker v. Thomas Degnan and St. Anne's Credit Union of Fall River MA

3. Appellant: Nancy Walker (pro se for this appeal)

   Name & Address of Counsel for Appellant(s):

4. Appellee: Thomas Degnan

   Name & Address of Counsel for Appellee(s):

   Matthew J. McGowan - Salter McGowan Sylvia & Leonard
   321 South Main Street
   Providence RI 02903

5. Additional Counsel:

   Office of the U. S. Trustee, 10 Dorrance Street,
   Providence, RI 02903 (401) 528-5551

6. Related Case(s) on Appeal: Yes ______ No X

7. Special Comments: