UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - *

| | |
|---|---|
| In re: Thomas G. Degnan : Debtor | BK No. 98-12011 Chapter 13 |
| Nancy Walker : Plaintiff | |
| v. | |
| Thomas Degnan and St. Anne's Credit Union of Fall River MA : | A.P. 03-1072 |

- - - - - - - - - - - - - - - - *

# Notice of Transmission of Record on Appeal

Please be advised on this date the Appeal in this case from the order dated 1/12/2007, was forwarded to the U.S. District Court, District of Rhode Island.

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: 5|1|07

By: Carolyn Sweeney
Deputy Clerk