UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In re: Thomas G. Degnan<br>Debtor | : | BK No. 98-12011<br>Chapter 13 |
| Nancy Walker<br>Plaintiff | : | |
| v.<br>Thomas Degnan and<br>St. Anne's Credit Union<br>of Fall River MA | : | A.P. 03-1072 |

**CLERK'S CERTIFICATE**

I, Susan M. Thurston, Clerk of the United States Bankruptcy Court for the District of Rhode Island, do hereby certify that the enclosed contains copies of all the original papers in the file dealing with the action or proceedings in which the appeal is taken as set forth in the Designation of Record.

Witness my hand and the Seal of said Court at Providence in said District, the 1st Day of May A.D. 2007.

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: 5/1/07

By: Carolyn Sweeney