| Attorney or Appellant Name, Address, Telephone, and Fax Number | FOR COURT USE ONLY |
|---|---|
| NANCY WALKER<br>BOX 932<br>Little Compton RI<br>02837<br>Attorney for Appellant 401-635-0078 | |
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF RHODE ISLAND** | |
| In re:<br>Debtor (s) | |
| Debtor's Social Security No(s). | CHAPTER 13<br>CASE NUMBER 98 12011 |
| Employer's Tax Identification Nos. [if any] | ADVERSARY NUMBER 03-1072 |

## NOTICE OF APPEAL

1. NOTICE IS HEREBY GIVEN that the (check only one box) ☒ plaintiff ☐ defendant or ☐ other party (specify name of party) Nancy Walker, appeals under 28 U.S.C. section 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe judgment, order or decree) Decision Apportioning ownership * entered in this adversary proceeding or other proceeding (describe other proceeding) Doc 99 - 12-0-07 on the 12 day of JAN, (year) 07 * interests and order for partition and sale of property

2. The names of all parties to the judgment, order, or decree appealed from and the names, addresses, telephone, and fax numbers of their respective attorneys are as follows:

(Print or type names, addresses, telephone, and fax numbers)

Mathew McGowan
321 South Main ST
Providence RI. 02903

Barry Kusinitz
155 S. Main ST
Suite 405
Prov. RI 02903

Colleen Brady
161 Main Rd
Tiverton RI 02878

CONTINUED ON NEXT PAGE

Notice of Appeal - Page Two (2)

**Form 17**

| In re (SHORT TITLE) | CHAPTER 13 |
|---|---|
| WALKER V DESNAM Debtor. | CASE NUMBER 98/12011 |

Dated:
1-22-07

Signature (*Attorney for Appellant or Appellant if not represented by an Attorney*)

(Print or type name, address, telephone and fax numbers)

NANCY WALKER

**If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. section 158 (c), to have the appeal**

FILED JAN 22 '07 13:13 USDCRI



## PROOF OF SERVICE

STATE OF RHODE ISLAND
COUNTY OF ____________________

1. I am employed in the County of ____________________, State of Rhode Island. I am over the age of 18 and not a party to the within action. My business address is as follows:

2. **Regular Mail Service:** On 1-22-07, I served the documents described as: NOTICE OF APPEAL on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at ____________, Rhode Island, addressed as set forth below.

Mathew McGowan
321 South Main ST
Providence RI 02903

Barry Kusinitz
155 South Main ST
Prov. RI 02903

Colleen Brady
167 Main Rd
Tiverton RI 02878

☐ Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:

NANCY WALKER
Type Name

[signature]
Signature