DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

Nancy Walker
Thomas Degnan

V. CA 07-32ML

St. Anne's Credit Union of
Fall River, MA

ORDER

The above listed bankruptcy case is on appeal to this Court. In the interest of uniformity and orderly presentation of facts and legal issues, counsel will comply with the following procedures:

1) Within 10 days of the date of this order, the appellant(s) will file a statement of the issues to be resolved on appeal and a copy of said statement shall be served on the appellee(s).

2) The appellee(s), within 5 days of the filing of said statement, may, if desired, file a response.

3) Within 30 days of the date of this order, all counsel will file briefs, complying with all pertinent provisions of Rule 28, Federal Rules of Appellate Procedure. Reply briefs will be filed within 10 days thereafter.

The appeal to this Court shall be taken with the same concern as though it were to the First Circuit Court of Appeals.

SO ORDERED:

Mary M. Lisi
Chief U.S. District Judge
May 10 , 2007

Entered as an Order of this Court on May 10 ,2007.

Barbara Barletta
Deputy Clerk