DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

NANCY WALKER and THOMAS DEGNAN :
:
:
v. : C.A. No. 07-32ML
:
ST. ANNE'S CREDIT UNION OF FALL RIVER, MA :
:

ENTRY OF APPEARANCE

NOW COMES the law firm of Tillinghast Licht LLP and hereby enters its appearance on behalf of Nancy Walker, Appellant herein.

/s/ William J. Delaney

William J. Delaney (#3643)
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903-2818
(401) 456-1200; (401) 456-1210 (FAX)
Dated: May 19, 2007

CERTIFICATION

I hereby certify that on this 19th day of May, 2007, I mailed a copy of the within Entry of Appearance to:

Matthew McGowan, Esq.
Salter McGowan Sylvia & Leonard, Inc.
321 South Main Street
Providence, RI 02903

Colleen Brady, Esq.
Thomas T. Brady, Inc.
167 Main Road
Tiverton, RI 02878

/s/ William J. Delaney

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;447250;1