DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NANCY WALKER and THOMAS DEGNAN | : | |
| | : | |
| v. | : | C.A. No. 07-32ML |
| | : | |
| ST. ANNE'S CREDIT UNION OF FALL RIVER, MA | : | |

STATEMENT OF ISSUES OF APPELLANT

NOW COMES the Appellant by and through her attorneys, and pursuant to an Order of this Court entered on May 10, 2007, hereby furnishes her Statement of Issues on appeal. They are as follows:

1. Was the Decision entered by the United States Bankruptcy Court for the District of Rhode Island on January 12, 2007 (the "Decision") correctly decided?

2. Was the Decision correct to partitioning the property as referenced in the Decision (the "Property") correctly decided?

3. Was the Decision setting forth an equal percentage in the Property correctly decided?

4. Was the Decision denying both Appellant and Appellee's request to impose equitable liens correctly decided?

5. Was the Decision deeming that a constructive trust in favor of Appellant as to the Property had not been created correctly decided?

6. Was the Decision denying Appellant's relief for a resulting trust correctly decided?

APPELLANT
By her attorneys,

/s/ William J. Delaney

William J. Delaney (#3643)
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903-2818
(401) 456-1200; (401) 456-1210 (FAX)
Dated: May 20, 2007

CERTIFICATION

I hereby certify that on this 20th day of May, 2007, a true copy of the within was sent via CM/ECF or by first class mail, postage prepaid, to the following:

Matthew McGowan, Esq.
Salter McGowan Sylvia & Leonard, Inc.
321 South Main Street
Providence, RI 02903

Colleen Brady, Esq.
Thomas T. Brady, Inc.
167 Main Road
Tiverton, RI 02878

/s/ William J. Delaney

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;447275;1