UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NANCY WALKER and THOMAS DEGNAN | : | |
| vs. | : | C. A. No. 07-32 ML |
| ST. ANNE'S CREDIT UNION OF FALL RIVER | : | |

**STATEMENT OF ISSUES OF APPELLEE**

Appellee, Thomas Degnan ("Degnan"), respectfully submits his Statement of Issues on appeal as follows:

1. Whether, in applying the required "clearly erroneous" standard, In re Williams, 190 B.R. 728, 732 (D. R.I. 1996), Federal Nat'l. Mtge. Assn. V. Ferreira, 223 B.R. 258, 260 (D. R.I. 1998), Palmacci v. Umpierrez, 121 F.3d 781, 785 (1st Cir. 1997) and Bankruptcy Rule 8013, and with a required due deference to its determinations as to the credibility of witnesses and the weighing of what it found was conflicting and incomplete evidence, the Bankruptcy Court committed reversible error as to its factual findings concerning the equitable partitioning of the property in question and as to its other rulings on other equitable forms of relief.

Thomas Degnan
By his Attorney,

/s/ Matthew J. McGowan________
Matthew J. McGowan, Esq.
321 South Main Street
Providence, RI 02903
(401) 274-0300
(401) 453-0073 Fax
Bar No. 2770

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NANCY WALKER and THOMAS DEGNAN | : | |
| | : | |
| vs. | : | C. A. No. 07-32 ML |
| | : | |
| ST. ANNE'S CREDIT UNION OF FALL RIVER | : | |

## CERTIFICATION

I hereby certify that I have this date electronically filed a **STATEMENT OF ISSUES OF APPELLEE** in this case with the Clerk of this Court using the CM/ECF System. The following are CM/ECF System participants in this case eligible to receive notice of the filing of such paper(s) electronically:

William J. Delaney, Esquire wdelaney@tllaw.com

I further hereby certify that I have this date served a copy of the above-referenced paper(s) on the following non CM/ECF participants by first class mail, postage prepaid, at the addresses noted below, or, where indicated, by fax (*) or hand delivery (**):

Colleen Brady, Esquire
Thomas T. Brady, Inc.
167 Main Road
Tiverton, RI 02878

/s/ Matthew J. McGowan

F:\Contents\Degnan Thomas\US Dist Court Appeal\Statement of Issues of Appellee.doc