DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NANCY WALKER AND<br>THOMAS DEGNAN<br><br>Vs.<br><br>ST. ANNE'S CREDIT UNION<br>OF FALL RIVER, MA | C.A. No. 07-32ML |

ENTRY OF APPEARANCE

Now comes the Law Offices of Thomas T. Brady, Inc. and hereby enters its appearance on behalf of the Defendant, St. Anne's Credit Union of Fall River, MA.

ST. ANNE'S CREDIT UNION
OF FALL RIVER, MASS.
By its Attorney,

THOMAS T. BRADY, INC.

Thomas T. Brady, Esquire (BBO #053800)
167 Main Road
Tiverton, Rhode Island 02878
Phone (401) 624-6616
Fax (401) 624-2580

Dated: May 30, 2007

**CERTIFICATE OF SERVICE**

I, Thomas T. Brady, Esquire, hereby certify that I served a copy of the within Entry of Appearance by forwarding a copy of same, to William J. Delaney, Esquire, Tillinghast Licht, LLP, 10 Weybosset Street, Providence, RI 02903-2818 and Matthew McGowan, Esquire, Salter McGowan Sylvia & Leonard, Inc., 321 South Main Street, Providence, RI 02903, postage prepaid, first class mail, on this 30th day of May, 2007.

Thomas T. Brady, Esquire