DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Nancy Walker | : | |
| Thomas Degnan | : | |
| | : | |
| v. | : | C.A. No. 07-32ML |
| | : | |
| St. Anne's Credit Union of | : | |
| Fall River, MA | : | |

**MOTION TO ENLARGE TIME AND MEMORANDUM IN SUPPORT THEREOF**

______NOW COMES the Appellant in the above-captioned matter and pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, hereby requests this Court for an enlargement of time to comply with its Order entered on May 10, 2007 (the "Order") regarding the time deadline set forth in Paragraph 3 therein.

In support of her Motion, the Appellant respectfully submits that her counsel and counsel for Appellee Thomas Degnan have commenced discussions in the hope of attempting to settle the differences between them which would obviate the need for the instant appeal to this Court. Certain financing information needs to be 'ironed out' between the parties in order for them to better understand the settlement parameters between them that would be acceptable to each of them.

The Appellant respectfully represents that this Motion is not an attempt to protract her appeal; it is her desire to once again become the sole owner of the property which is the subject matter of the instant appeal. Towards that end, she is doing her best to be able to effectuate a dialogue with Appellee Thomas Degnan by and through counsel in order to ascertain whether settlement is possible between them.

In light of the foregoing, the Appellant respectfully requests that Paragraph 3 of the Order be stayed for an additional thirty (30) days or for some other time period that this Court finds proper.

As of even date, counsel to Appellee Thomas Degnan has indicated that Appellee Thomas Degnan has no objection to the filing of the instant Motion and joins in the relief requested.

Respectfully Submitted,

Plaintiff
By its Attorneys

/s/William J. Delaney
William J. Delaney, Esq. #3643
Tillinghast Licht LLP
Ten Weybosset Street, Suite 1000
Providence, RI 02903
(401) 456-1200; (401) 456-1210(fax)
wdelaney@tllaw.com

Dated: June 7, 2007

CERTIFICATION

I hereby certify that on this 7th day of June, 2007, I mailed a copy of the within Entry of Appearance to:

Matthew McGowan, Esq.
Salter McGowan Sylvia & Leonard, Inc.
321 South Main Street
Providence, RI 02903

Colleen Brady, Esq.
Thomas T. Brady, Inc.
167 Main Road
Tiverton, RI 02878

/s/ William J. Delaney

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;448049;1