DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Nancy Walker<br>Thomas Degnan | : | |
| v. | : | C.A. No. 07-32ML |
| St. Anne's Credit Union of<br>Fall River, MA | : | |

**NOTICE OF VOLUNTARY DISMISSAL OF APPEAL**

______NOW COMES the Appellant, by and through her attorneys in the above-captioned matter and hereby furnishes this Notice of Dismissal of the instant appeal.

Respectfully Submitted,

Appellant
By her Attorneys

____________________

/s/William J. Delaney
William J. Delaney, Esq. #3643
Tillinghast Licht LLP
Ten Weybosset Street, Suite 1000
Providence, RI 02903
(401) 456-1200; (401) 456-1210(fax)
wdelaney@tllaw.com

Dated: July 12, 2007

CERTIFICATION

I hereby certify that on this 12th day of July, 2007, I mailed a copy of the within Notice of Voluntary Dismissal of Appeal to:

Matthew McGowan, Esq.
Salter McGowan Sylvia & Leonard, Inc.
321 South Main Street
Providence, RI 02903

Colleen Brady, Esq.
Thomas T. Brady, Inc.
167 Main Road
Tiverton, RI 02878

/s/ William J. Delaney

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;449482;1